UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-cr-00195 |
| | ) | JUDGE CAMPBELL |
| KENNETH B. SMITH | ) | |

POSITION OF THE GOVERNMENT WITH RESPECT TO SENTENCING FACTORS

The government has reviewed the pre-sentence report prepared in this case and has no additions, corrections, or modifications to make to it.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

s/ S. Carran Daughtrey
S. Carran Daughtrey
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Telephone: (615) 736-5151

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served electronically or by mail to Dumaka Shabazz, Assistant Federal Public Defender, Federal Public Defender's Office, 810 Broadway, Suite 200, Nashville, TN 37203, on this, the 29th day of September, 2011.

s/ S. Carran Daughtrey
S. Carran Daughtrey