# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00195 |
| | ) | Chief Judge Campbell |
| | ) | |
| KENNETH B. SMITH | ) | |

## POSITION STATEMENT OF KENNETH SMITH
## WITH REGARD TO SENTENCING FACTORS IN THE PRESENTENCE REPORT

Comes Kenneth Smith, through counsel, and states that he has no objections or corrections to the sentencing factors contained in the Pre-Sentence Report. Mr. Smith requests that the Court accept the Plea Agreement signed by both parties (D.E. # 27).

Respectfully submitted,

s/ *Dumaka Shabazz*
DUMAKA SHABAZZ (BPR#022278)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN  37203
615-736-5047
E-mail: dumaka_shabazz@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of September, 2011, I electronically filed the foregoing Sentencing Position with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: S. Carran Daughtrey, Assistant United States Attorney, 110 Ninth Avenue South, Suite A-961, Nashville, Tennessee 37203-3870.

 s/ *Dumaka Shabaz*
DUMAKA SHABAZZ